UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

GARRY LEE HALE,

        Plaintiff,

v.

LUIS GAGO et al.,

        Defendants.
_____/

Case No. 1:17-cv-550

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice for lack of prosecution and failure to comply with the Court's order.

Dated: August 29, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge